8 So.2d 895
**Roosevelt BEARDEN v. STATE.**
**5 Div. 366.**

Supreme Court of Alabama.
April 16, 1942.

Rehearing Denied June 30, 1942.

Gerald & Gerald, of Clanton, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

702

BOULDIN, Justice.

Petition of Roosevelt Bearden for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bearden v. State, 30 Ala.App. 618, 8 So.2d 897.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.